**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1840**

---

CURTIS LEON TAYLOR, SR.,

        Plaintiff - Appellant,

    v.

DEPARTMENT OF THE U.S. NAVY; U.S. MARINE CORPS; THE
DEPARTMENT FOR VETERAN AFFAIRS,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge. (4:15-cv-00023-JLK)

---

Submitted:  January 19, 2016     Decided:  February 2, 2016

---

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Curtis Leon Taylor, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Leon Taylor, Sr., appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Taylor v. Dep't of the U.S. Navy, No. 4:15-cv-00023-JLK (W.D. Va. June 29, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED